1 KAREN P. HEWITT
United States Attorney
2 CHRISTOPHER A. OTT
Assistant United States Attorney
3 California State Bar No. 235659
United States Attorney's Office
4 Federal Office Building
880 Front Street, Room 6293
5 San Diego, California 92101
Telephone: (619) 557-6563
6
Attorneys for Plaintiff
7 UNITED STATES OF AMERICA

**FILED**

MAY 17 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,            )    Magistrate Case No. 07CR0691-L
                                        )
12                   Plaintiff,         )    **STIPULATION OF FACT AND JOINT**
                                        )    **MOTION FOR RELEASE OF**
13          v.                          )    **MATERIAL WITNESS AND ORDER**
                                        )    **THEREON**
14 RIGOBERTO NUNO-TORRES,               )
                                        )
15                   Defendant.         )
   _____)

16       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

18 Christopher A. Ott, Assistant United States Attorney, and defendant RIGOBERTO NUNO-

19 TORRES, by and through and with the advice and consent of defense counsel, Michael Berg, that:

20       1.       Defendant agrees to execute this stipulation and to participate in a full and complete

21 inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into

22 it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information

23 charging defendant with a non-mandatory minimum count of Bringing in Aliens Without

24 Presentation and Aiding and Abetting, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C.

25 § 2.

26 //

27 //

28 //

1      2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to

2   provide the signed, original plea agreement to the Court.

3      3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

4   before **May 15, 2007**.

5      4.      The material witnesses - Jesus Garibay-Romero, Jose Luis Arreguin-Nunez and

6   EustaquioVenega-Luis - in this case:

7              a.      Are aliens with no lawful right to enter or remain in the United States;

8              b.      Entered or attempted to enter the United States illegally on or about March

9                      12, 2007;

10             c.      Were found in a vehicle driven by RIGOBERTO NUNO-TORRES at the

11                     Calexico West Port of Entry (POE) and that defendant knew or acted in

12                     reckless disregard of the fact that he and the other aliens concealed therein

13                     were aliens with no lawful right to enter or remain in the United States;

14             d.      Were paying others to be brought into the United States illegally and/or

15                     transported illegally to their destination therein; and,

16             e.      May be released and remanded immediately to the Department of Homeland

17                     Security for return to their country of origin.

18     5.      After the material witnesses are ordered released by the Court pursuant to this

19   stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20   reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any

21   proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

22   attack, that:

23             a.      The stipulated facts set forth in paragraph 4 above shall be admitted as

24   substantive evidence;

25             b.      The United States may elicit hearsay testimony from arresting agents

26   regarding any statements made by the material witness(es) provided in discovery, and such

27   testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Rigoberto Nuno-Torres                    2                    07CR0691-L

1  against interest of (an) unavailable witness(es); and,

2          c.      Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

3  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

4  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

5  waives the right to confront and cross-examine the material witness(es) in this case.

6          6.      By signing this stipulation and joint motion, defendant certifies that defendant has

7  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

8  further that defendant has discussed the terms of this stipulation and joint motion with defense

9  counsel and fully understands its meaning and effect.

10         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

11  immediate release and remand of the above-named material witness(es) to the Department of

12  Homeland Security for return to their country of origin.

13         It is STIPULATED AND AGREED this date.

14                                          Respectfully submitted,

15                                          KAREN P. HEWITT
                                            United States Attorney
16

17  Dated: __5/17/07__.                     _____
                                            Christopher A. Ott
18                                          Assistant United States Attorney

19
    Dated: __5/11/07__.                     _____
20                                          Michael Berg
                                            Defense Counsel for RIGOBERTO NUNO-TORRES
21

22  Dated: __1-mayo-07__.                   _____
                                            RIGOBERTO NUNO-TORRES
23                                          Defendant

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Rigoberto Nuno-Torres        3                        07CR0691-L

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: _5/17/07_    .

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Rigoberto Nuno-Torres                    4                    07CR0691-L

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 07cr691-L |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Rigoberto Nuno-Torres | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Eustaquio Venegas-Luis

DATED: 5-17-07

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by Rhea P. Rhone

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                          )
           Plaintiff        )   CRIMINAL NO. 07Cr691-L
                                          )
                                          )          ORDER
           vs.              )
                                          )   RELEASING MATERIAL WITNESS
Rigoberto Nuno-Torres                     )
                                          )
                                          )   Booking No.
           Defendant(s)     )
_____              )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

Jesus Garibay-Romero

DATED: 5-17-07

**JAN M. ADLER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by Rhead Rhone

**Deputy Clerk**

RECEIVED          DUSM